JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>SETH LINES, INC.; BNSF RAILWAY COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br>And related counter-claims, cross-claims and third party claims<br>_____ | Case No.: CV 18-5160-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION [34]** |

Based on the stipulation of counsel for all appearing parties, Plaintiff STARR INDEMNITY & LIABILITY COMPANY ("STARR"), Counter-Defendant and Cross-Claimant BNSF Railway Company ("BNSF"), and Defendant, Counter-Claimant and Third Party Plaintiff SETH Lines, Inc. ("SETH"), who stipulate that the parties have reached a settlement of all claims and request dismissal of the entire action, with prejudice, and good cause having been shown:

IT IS ORDERED that the above-entitled action is dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorney's fees.

All scheduled dates and deadlines are VACATED.

DATED: February 21, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE